No. 235. MORGAN *v.* GEORGIA. Submitted February 24, 1930. Decided March 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Griffith* v. *State of Connecticut,* 218 U. S. 563, 571; *Wabash R. R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. R. R. Jackson* on the brief for appellant. *Messrs. George M. Napier,* Attorney General of Georgia, *Albert Howell, Mark Bolding, Herman Heyman, Frank R. Hubacheck, Frank Brookes Hubacheck,* and *Charles Scott·Kelly* on the brief for appellee.